LOUIS F. RAYMOND, PLAINTIFF-PETITIONER-RESPOND-ENT, v. JAMES S. CREGAR, *ET AL.*, DEFENDANTS-RE-SPONDENTS-PETITIONERS.

See same case below: 72 *N. J. Super.* 73.

*Mr. George Duggan* and *Mr. Thomas L. Parsonnet* for the plaintiff-petitioner-respondent.

*Messrs. Riker, Danzig, Marsh & Scherer* and *Mr. Louis Ogust* for the defendants-respondents-petitioners.

April 30, 1962.

THE TEXAS COMPANY, PLAINTIFF-PETITIONER, v. MARCO Di GAETANO, DEFENDANT-RESPONDENT.

See same case below: 71 *N. J. Super.* 413.

*Messrs. Katzenbach, Gildea & Rudner,* and *Mr. Milton Handler* and *Mr. Amzy B. Steed,* of the New York Bar, for the petitioner.

*Messrs. Bilder, Bilder & Freeman* for the respondent.

April 30, 1962.